IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Marcus Antonio Frierson, | ) | C/A No.  5:13-cv-2530-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **Opinion and Order** |
| Ms. Hazel, Food Service; Ms. C. Hamilton, HCH; Mr. Lee, Food Service; Ms. Williams, Food Service; Ms. Barber, Food Service; Ms. Felder, Food Service; Mr. B. Lewis, Jr., Physician; Ms. Rayshema Davis; Ms. Smith, HCH, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) ) | |

Plaintiff brought this action pursuant to 42 U.S.C. § 1983, and Defendants appeared through counsel and answered on April 4, 2014. ECF Nos. 1, 27. On April 23, 2014, the court received Plaintiff's Motion to Dismiss Civil Suit, in which he seeks to voluntarily dismiss this action without prejudice. ECF No. 31.  Also on April 23, 2014, Defendants filed a response to Plaintiff's Motion, indicating they consent to his request for voluntarily dismissal. ECF No. 32. For good cause shown, the court hereby *grants* Plaintiff's Motion to Dismiss, ECF No. 31, and dismisses this matter *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

/s/ Mary G. Lewis
United States District Judge

April 25, 2014
Spartanburg, South Carolina